1

2

3

4

5

6

7

8                    IN THE UNITED STATES DISTRICT COURT

9                  FOR THE EASTERN DISTRICT OF CALIFORNIA

10   SEAN WILLIAMS,

11              Plaintiff,              No. CIV S-10-0377 WBS CMK (TEMP) P

12        vs.                          CCA No. 11-17339

13   JOHN HAVILAND, et al.,

14              Defendants.            <u>ORDER</u>

15   _____/

16            This matter has been referred to this court by the Court of Appeals for the limited

17   purpose of determining whether forma pauperis status should continue on appeal or whether the

18   appeal is frivolous or taken in bad faith.  See 28 U.S.C. § 1915(a)(3).

19            This court dismissed plaintiff's action brought under 42 U.S.C. § 1983 without

20   prejudice because he had failed to exhaust his administrative remedies.  See 42 U.S.C. §

21   1997e(a).  While the court continues to believe its decision was correct, plaintiff did file an

22   administrative grievance, which this court found to be untimely.  In part because this court is not

23   aware of the grounds upon which plaintiff seeks to appeal, it cannot conclude that the appeal is

24   frivolous or taken in bad faith.  Accordingly, the court declines to revoke plaintiff's forma

25   pauperis status.  The Clerk of this court is directed to transmit a copy of this Order to the Clerk

26   of the United States Court of Appeals for the Ninth Circuit.

                                         1

1          IT IS SO ORDERED.

2     DATED:  October 6, 2011

3

4                                            WILLIAM B. SHUBB
                                             UNITED STATES DISTRICT JUDGE
5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26